

**Janet TASHER, Petitioner,**

v.

**DEPARTMENT OF THE NAVY, Respondent.**

No. 2006–3146.

United States Court of Appeals, Federal Circuit.

June 22, 2006.

**ORDER**

Order Vacated, See 2006 WL 2266264.

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Keith Russell JUDD, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2006–1476.

United States Court of Appeals, Federal Circuit.

June 22, 2006.

Keith Russell Judd, pro se.

**ORDER**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Keith Russell JUDD, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2006–1477.

United States Court of Appeals, Federal Circuit.

June 22, 2006.

Keith Russell Judd, pro se.

**ORDER**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

(1) This appeal is transferred to the United States Court of Appeals for the Fourth Circuit.

(2) Each side shall bear its own costs.

Keith BRUNDIGE, Plaintiff–Appellant,

v.

Police Officer BASSETT, A.D. Brown, G.A. Adam, and Prince William County Police Department, Defendants–Appellees.

No. 2006–1384.

United States Court of Appeals, Federal Circuit.

June 23, 2006.

Keith Brundige, pro se.

### ORDER

On June 1, 2006 the court issued an order allowing the parties 14 days to object to the transfer of this appeal to the United States Court of Appeals for the Fourth Circuit. No response has been submitted within the time allowed.

Accordingly,

IT IS ORDERED THAT:

Harry M. SCHMITT, Petitioner,

v.

DEPARTMENT OF the NAVY, Respondent.

No. 2006–3287.

United States Court of Appeals, Federal Circuit.

July 24, 2006.

Harry M. Schmitt, pro se.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,